property, its use, potential or prospective, and all other elements which combine to give a piece of property a market value. And generally there is no one controlling element or factor. 51 Am.Jur., Taxation, §701.

 The determination of such value must be based upon legitimate evidence. Fair market value should not reside solely upon one criterion and the values shown by the methods used should be weighed and not averaged by the board. Such action is collateral to the ultimate question submitted to them for decision. It must be a determination of what is the fair, economic, just and equitable value under normal conditions.

*The case is remanded to the Commissioner of Taxes to be by him recommitted to the Orange County Board of Tax Appraisers for further hearing and appropriate and correctional action relating to the appraisal of the real property owned by the petitioner in the Town of Fairlee in accordance with the views expressed herein.*

**Smith, J.**, sat but due to illness did not participate in the decision.

## Petition of Gertrude R. Mallary

[ 250 A.2d 841 ]

December Term, 1968

Present: **Shangraw, Barney, Smith, Keyser, JJ., and Larrow, Supr. J.**

Opinion Filed February 4, 1969

*Ryan, Smith & Carbine* for the Petitioner.

*James L. Oakes,* Attorney General and *William T. Keefe,* Assistant Attorney General, for the State.

**Keyser, J.** The issues in this cause are identical with those in the companion case of *In re Petition of Mallary,* 127 Vt. 412, 250 A.2d 837. For the reasons there stated in the opinion the same entry must be made here.

*The case is remanded to the Commissioner of Taxes to be by him recommitted to the Orange County Board of Tax Appraisers for*

*further hearing and appropriate and correctional action relating to the appraisal of the real property owned by the petitioner in the Town of Fairlee in accordance with the views expressed herein.*

**Smith, J.,** sat but due to illness did not participate in the decision.

### Petition of R. Dewitt and Gertrude R. Mallary

[ 250 A.2d 842 ]

December Term, 1968

Present: Shangraw, Barney, Smith, Keyser, JJ., and Larrow, Supr. J.

Opinion Filed February 4, 1969

*Ryan, Smith & Carbine* for the Petitioners.

*James L. Oakes,* Attorney General, and *William T. Keefe,* Assistant Attorney General, for the State.

**Keyser, J.** The issues in this cause are identical with those in the companion case of *In re Petition of Mallary,* 127 Vt. 412, 250 A.2d 837. For the reasons there stated in the opinion the same entry must be made here.

*The case is remanded to the Commissioner of Taxes to be by him recommitted to the Orange County Board of Tax Appraisers for further hearing and appropriate and correctional action relating to the appraisal of the real property owned by the petitioners in the Town of Fairlee in accordance with the views expressed herein.*

**Smith, J.,** sat but due to illness did not participate in the decision.